UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 4:06-CV-2165 |
| | ) | |
| BRAZOS COUNTY, TEXAS; KAREN MCQUEEN, the COUNTY CLERK, in her official capacity; the BRAZOS COUNTY COMMISSIONERS COURT; and RANDY SIMS, the COUNTY JUDGE, in his official capacity, | ) ) ) ) ) ) ) | JUDGE DAVID HITTNER

**Plaintiff's Notice of Expiration of Consent Decree** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PLAINTIFF'S NOTICE OF EXPIRATION OF CONSENT DECREE

The United States files this Notice to inform the Court of the status of the Consent Decree in the above-captioned case.

On June 28, 2006, the United States simultaneously filed a Complaint and proposed Consent Decree against Defendants, Brazos County, Brazos County Clerk, Brazos County Judge, and the Brazos County Commissioners Court ("Defendants"). The Complaint alleged that Defendants had failed to comply with Sections 4(f)4 and 208 of the Voting Rights Act, as amended, 42 U.S.C. §§ 1973aa-6 and 1973b(f)(4). On June 29, 2006, the Court entered the Consent Decree negotiated by the parties.

The United States has monitored the Defendants' compliance with the terms of the Consent Decree, and the United States has determined that Defendants are in substantial compliance with such terms. The parties have discussed the Defendants' future plans for

complying with applicable provisions of federal law and the Defendants have stated an intent to maintain the bilingual election program in the future. The parties are in agreement that further court oversight is not needed, and that the Consent Decree appropriately expired as scheduled on March 1, 2009. The Defendants have reviewed this Notice and do not object to its filing.

Date: April 14, 2009

For the UNITED STATES OF AMERICA

LORETTA KING
Acting Assistant Attorney General
Civil Rights Division

TIM JOHNSON
Acting United States Attorney
Texas Bar No. 10797650

RUBEN PEREZ
Assistant United States Attorney
Texas Bar No. 15779350

CHRISTOPHER COATES
Chief, Voting Section

/s/ *JARED M. SLADE*
SUSANA LORENZO-GIGUERE
Special Litigation Counsel
JARED M. SLADE
New Mexico Bar No. 23224
Attorneys, Voting Section
U.S. Department of Justice
Civil Rights Division
Voting Section, Room 7254-NWB
950 Pennsylvania Ave., N.W.
Washington, D.C. 2053

2

**CERTIFICATE OF SERVICE**

      I, Jared M. Slade, hereby certify that the foregoing Notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be mailed by prepaid, First Class Mail, to those indicated as non-registered participants on April 14, 2009.

                                                     */s/ Jared M. Slade*
                                                     JARED M. SLADE
                                                     Trial Attorney, Voting Section
                                                     United States Department of Justice